# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN KNEPPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,<br><br>　　　　Defendant. | Case No.18-cv-00304-EDL<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff Dawn Knepper filed this action on January 12, 2018, seeking a declaratory judgment that certain gender discrimination claims that she has raised against Defendant Ogletree, Deakins, Nash, Smoak & Stewart, P.C. are not subject to an arbitration agreement. On the same day, Plaintiff filed a separate complaint in the Northern District of California asserting her gender discrimination claims against Defendant. That case was filed under case number 17-cv-00303, which is now assigned to the Honorable William H. Orrick. This case is hereby REFERRED to Judge Orrick to determine whether it is related to case number 17-cv-00303. See Civ. L.R. 3-12(c). Plaintiff must provide a copy of this order to Defendant within two days of the date of this order, and any party may file a response not exceeding five pages no later than ten days after the date of this order.

**IT IS SO ORDERED.**

Dated: March 30, 2018

　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge